UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

STEVEN EDWARD RIDDLE, #47107                              PLAINTIFF

VS.                                      CIVIL ACTION NO. 3:09-cv-100-DPJ-JCS

CHRISTOPHER EPPS AND
MISSISSIPPI DEPARTMENT OF CORRECTIONS               DEFENDANTS

FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. As reflected in the Order of the Court issued this day, Plaintiff's claims are malicious under 42 U.S.C. § 1983. Consequently, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), with prejudice, as malicious.

Since this case is dismissed in accordance with the above mentioned provision of the Prison Litigation Reform Act, it will be counted as a "strike" pursuant to 28 U.S.C. § 1915(g).

**SO ORDERED** this the 16th day of October, 2009.

                                                      s/ *Daniel P. Jordan III*
                                                       UNITED STATES DISTRICT JUDGE